[No. 7839-2-II.   Division Two.   March 10, 1986.]

*In the Matter of the Marriage of* HOWARD JEANBLANC, *Appellant, and* VIRGINIA MAE JEANBLANC TURNER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 288705, J. Kelley Arnold, J., entered May 31, 1984. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7384-6-II.   Division Two.   March 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY P. BUFFON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00306-5, Terence Hanley, J., entered October 24, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 8120-2-II.   Division Two.   March 11, 1986.]

RICHARD FISK, ET AL, *as Guardians, Appellants,* v. TOSHIO AKAMATSU, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-02573-4, E. Albert Morrison, J., entered March 16, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.